USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____4/24/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Randy Martinez,

                         Defendant.

12-cr-862-10 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Martinez's motion for compassionate release pursuant to

18 U.S.C. § 3582(c).  Dkt. No. 464.  The Government is ordered to respond to Mr. Martinez's

motion no later than April 28, 2020.

        SO ORDERED.

Dated: April 24, 2020
New York, New York

_____
        ALISON J. NATHAN
        United States District Judge