USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States,

—v—

Randy Martinez,

                Defendant.

---

12-cr-862-10 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of the Government's opposition to Mr. Martinez's motion for compassionate release pursuant to 18 U.S.C. § 3582(c).  Dkt. No. 467.  If Mr. Martinez would like to file a reply, he must do so no later than April 28, 2020.

      SO ORDERED.

Dated: April 27, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1