USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Randy Martinez,

                Defendant.

12-cr-862-10 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Government's opposition to Mr. Martinez's motion for compassionate release pursuant to 18 U.S.C. § 3582(c). Dkt. No. 467. If Mr. Martinez would like to file a reply, he must do so no later than April 28, 2020.

    SO ORDERED.

Dated: April 27, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge